UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**ANGEL VILLANUEVA-MENDEZ et al.,**
**Plaintiff**

**CIVIL NO. 02-1745 (DRD)**

v.

**RAMON L. NIEVES VAZQUEZ et al.,**
**Defendants**

## ORDER

Pending before the Court is co-defendant Samuel Gonzalez's *Motion to Clarify Legal Representation and to Substitute a Party*. (Docket No. 112). Through said motion, moving counsel Mr. Luis R. Perez Giusti, explains to the Court that the Executive Director of the Compañía de Parques Nacionales, co-defendant Ramon Luis Nieves, resigned from his employment at the agency and was, ultimately, substituted by co-defendant Samuel Gonzalez. Consequently, all claims against Mr. Nieves **in his official capacity** have become moot and are now directed towards the new Executive Director, Mr. Gonzalez. Hence, moving counsel requests the Court substitute Mr. Gonzalez for Mr. Nieves as to all **official capacity claims** only.

Accordingly, the Court now **GRANTS** co-defendant Samuel Gonzalez's request, and **SUBSTITUTES** Mr. Gonzalez for Mr. Nieves as to the official capacity claims only.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 14th day of November of 2005.

s/ Daniel R. Dominguez
**DANIEL R. DOMINGUEZ**
**U.S. DISTRICT JUDGE**